IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 100.1.206.172

**ISP:** Verizon Internet Services
**Physical Location:** Cranford, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/22/2016 17:05:59 | 1F5F105B48BBC8D29FF70914DAB6BCFE389002FF | Bound By Desire |
| 08/08/2016 22:20:26 | 5F0B36D3571B6AA3502887465E71B1275F8BB250 | Do Not Keep Me Waiting Part #1 |
| 07/30/2016 19:09:27 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 07/30/2016 18:58:59 | 2C201082908C1CF6032B5A830C977F394F7BA500 | Epic Love |
| 07/30/2016 18:40:39 | AC25BCAF1E7FE4D2F84E4FFCB420CA861C36DE9F | Deepest Desires |
| 07/30/2016 18:30:25 | A93E7810B3FC2E2E2704A1E4FFE2CB204B6F34A0 | Blonde Perfection |
| 07/29/2016 22:37:49 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |
| 07/29/2016 21:29:50 | 9F5BE1D62B46980B8335AC032594CFE6BCA0247E | Susie Forever |
| 07/29/2016 21:25:59 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |
| 07/29/2016 03:26:05 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 07/29/2016 02:52:29 | EAB49FE6E74F12073B3F66ABC3F5771762D13AAC | Freckle Faced Fox |
| 07/29/2016 02:48:09 | AF213C4CF6BAC34AF78612A3E2A6C7D69D36FF99 | The Studio Part #2 |
| 07/29/2016 02:41:24 | 56867CCD6147CB5079F39902C0B6F0E78A034688 | The Ranch Hand |
| 07/29/2016 02:25:06 | BC6E5CCE32A32C8B90BA31BADC832EEC97323824 | Domination Part One |
| 07/25/2016 02:33:54 | D1938508B57B1953E3CB1905052DA996C5AF823B | My Blue Heaven |
| 07/25/2016 01:56:39 | 653F27A0F039570719E6B6B524A6CA1AB5250E51 | Hot In Here |
| 07/25/2016 01:30:44 | 84E441EB7F9EEA34B1CD08C515422B3A3575EEF8 | Hot Winter Fox |
| 07/25/2016 01:16:29 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 07/25/2016 01:13:04 | 32E9D481931BFD849A8C139D8428C05B80402440 | Inside Caprice |
| 07/23/2016 02:20:14 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 05/01/2016 20:09:16 | 6E2855FEAE6BFD0F46859E9474789B00C4C507B3 | Submissive Seduction |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

CNJ603