Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

---

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 100.1.206.172,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01172-KM-MAH |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 100.1.206.172. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 25, 2017                             Respectfully submitted,

                                                By:   /s/ *Patrick J. Cerillo*
                                                        Patrick J. Cerillo, Esq.
                                                        Patrick J. Cerillo, LLC
                                                        4 Walter E. Foran Blvd., Suite 402
                                                        Flemington, NJ 08822
                                                        Attorney ID No. 01481-1980
                                                        T: (908) 284-0997
                                                        F: (908) 284-0915
                                                        pjcerillolaw@comcast.net
                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ Patrick J. Cerillo*
PATRICK J. CERILLO, ESQ
